

NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Tyler J. Woods, Bar No. 232464
Tu-Quyen Pham, Bar No. 260864
NEWPORT TRIAL GROUP
4100 Newport Place, Suite 800
Newport Beach, CA 92660
Tel: 949/706-6464
Fax: 949/706-6469

ATTORNEY(S) FOR: PLAINTIFF



## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| THERMOLIFE INTERNATIONAL, LLC | CASE NUMBER: |
|---|---|
| Plaintiff(s), v. | CV13-6884 BRO(AGRx) |
| MUSCLE WARFARE, INC. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiff_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| THERMOLIFE INTERNATIONAL, LLC | Plaintiff |
| MUSCLE WARFARE, INC. | Defendant |

September 17, 2013
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff, THERMOLIFE INTERNATIONAL, LLC