

COPY

1  Tyler J. Woods (State Bar No. 232464)
     twoods@trialnewport.com
2  Tu-Quyen Pham (State Bar No. 260864)
     rhikida@trialnewport.com
3  **NEWPORT TRIAL GROUP**
   A Professional Corporation
4  4100 Newport Place, Suite 800
   Newport Beach, CA 92660
5  Tel: (949) 706-6464
   Fax: (949) 706-6469
6
7  Attorneys for Plaintiff

8           **UNITED STATES DISTRICT COURT**

9           **CENTRAL DISTRICT OF CALIFORNIA**

10

11  THERMOLIFE INTERNATIONAL, LLC,   Case No. CV13-6884 (RGPx)

12            Plaintiff,                **CORPORATE DISCLOSURE
                                        STATEMENT BY PLAINTIFF
13       vs.                            THERMOLIFE INTERNATIONAL,
                                        LLC PURSUANT TO FED. R. CIV. P.
14  MUSCLE WARFARE, INC.                7.1**

15            Defendant

16

17

18

19

20

21

22

23

24

25

26

27

28

FILED
CLERK, U.S. DISTRICT COURT

SEP 18 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

---

**PLAINTIFF'S CORPORATE DISCLOSURE**

1    Pursuant to Fed. R. Civ. P. 7.1, Plaintiff THERMOLIFE INTERNATIONAL,

2 LLC ("Thermolife") hereby files this corporate disclosure statement, and discloses the

3 following:

4    Thermolife is a limited liability company organized and existing under the laws

5 of Arizona.  Thermolife is not a publicly-owned company.  Thermolife does not have a

6 parent company and no publicly-owned company owns 10% or more of Thermolife's

7 stock.

                                            Respectfully submitted,

8

                                            NEWPORT TRIAL GROUP
9                                           A Professional Corporation

10

Dated:  September 17, 2013
11
                                            By:   Tyler J Woods
12                                                Attorneys for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28