

1  Tyler J. Woods (State Bar No. 232464)
    twoods@trialnewport.com
2  Tu-Quyen Pham (State Bar No. 260864)
    rhikida@trialnewport.com
3  **NEWPORT TRIAL GROUP**
    A Professional Corporation
4  4100 Newport Place, Suite 800
    Newport Beach, CA 92660
5  Tel: (949) 706-6464
    Fax: (949) 706-6469
6
    Attorneys for Plaintiff
7

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA

10
11 THERMOLIFE INTERNATIONAL, LLC,   Case No. CV13-6884 BRO (RGKx)
12          Plaintiff,                **NOTICE OF RELATED CASES**
13     vs.
14 MUSCLE WARFARE, INC.
15          Defendant

---

NOTICE OF RELATED CASES

**TO EACH PARTY AND TO THE COUNSEL OF RECORD FOR EACH PARTY:**

The following cases, all filed in the United States District Court for the Central District of California, are related to this action:

1. *13cv4523-RGK(PLAx) Thermolife v All Star Health and Purus Labs, Inc.;*
2. *13cv4527-ODW(AJWx) Thermolife v Dymatize Enterprises, LLC;*
3. *13cv4529-GAF(MRWx) Thermolife v Gaspari Nutrition, Inc. and John's Lone Star Distribution, Inc. dba Lone Star Distribution;* and
4. *13cv4534-ODW(SSx) Thermolife v Optimum Nutrition, Inc.*

Respectfully submitted,

NEWPORT TRIAL GROUP
A Professional Corporation

Dated: September 17, 2013

By: Tyler J Woods
Attorneys for Plaintiff