# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thermolife International, LLC <br><br> v. <br><br> Muscle Warfare, Inc <br><br> PLAINTIFF(S) <br> DEFENDANT(S) | CASE NUMBER <br><br> 2:13CV6884 BRO AGRx <br><br> NOTICE TO COUNSEL RE: COPYRIGHT, PATENT, AND TRADEMARK REPORTING REQUIREMENTS |

TO:    COUNSEL OF RECORD and PRO SE LITIGANTS:

Pursuant to Local Rule 3-1 of this court, in all cases where jurisdiction is invoked in whole or in part under 28 U. S. C. Section 1338 (regarding patents, plant variety protection, copyrights and trademarks), counsel shall, at the time of filing of the complaint, provide the Clerk with an original and two (2) copies of the required notice (AO-120) to the Patent and Trademark Office in patent, plant variety protection and trademark matters and / or an original and two (2) copies of the required notice (AO-121) in copyright matters.

[x]    Counsel: Please complete the necessary form and electronically file within ten (10) days.

[ ]    Pro Se Litigants: Please complete the enclosed form(s) and return to: Clerk, U. S. District Court, ATTN: Civil New Actions, at the following address within ten (10) days:

| [ ] 312 N. Spring Street <br> Main Floor, Room G-8 <br> Los Angeles, CA 90012 <br> Phone: (213)894-2215 | [ ] 411 West Fourth St. <br> Suite 1053 <br> Santa Ana, CA 92701-4516 <br> Phone: (714)338-4750 | [ ] 3470 Twelfth Street <br> Room 134 <br> Riverside, CA 92501 <br> Phone: (951)328-4450 |

Clerk, U. S. District Court

September 18, 2013                    By    J.Prado
_____                             _____
      Date                                        Deputy Clerk

**Note: Please refer to the Court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.**

CV-31 (08/13)    NOTICE TO COUNSEL RE: COPYRIGHT, PATENT, AND TRADEMARK REPORTING REQUIREMENTS