# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thermolife International LLC <br><br> Plaintiff(s), <br> v. <br><br> Muscle Warfare Inc <br><br> Defendant(s). | CASE NUMBER: <br><br> CV13-06884 BRO (AGRx) <br><br> ORDER RE TRANSFER PURSUANT <br> TO GENERAL ORDER 08-05 <br> ( Related Cases) |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my [signature: Gary Klausner] Order 08-05.

09/24/2013                                    R. Gary Klausner
_Date_                                        _United States District Judge_

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_Date_                                        _United States District Judge_

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  CV13-04523 RGK (PLAx)  and the present case:

☑ A.   Arise from the same or closely related transactions, happenings or events; or
☑ B.   Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C.   For other reasons would entail substantial duplication of labor if heard by different judges; or
☑ D.   Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.
☐ E.   Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge  Rosenberg  to Magistrate Judge  Abrams .

On all documents subsequently filed in this case, please substitute the initials  RGK (PLAx)  after the case number in place of the initials of the prior judge, so that the case number will read  CV13-06884 RGK (PLAx) . This is very important because documents are routed to the assigned judges by means of these initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the ☑ Western   ☐ Southern   ☐ Eastern Division.

**Traditionally filed subsequent documents must be filed at the   ☑ Western   ☐ Southern   ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.**

cc: ☐ _Previous Judge_     ☐ _Statistics Clerk_