| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| TYLER J. WOODS. ESQ., Bar #232464<br>NEWPORT TRIAL GROUP<br>4100 NEWPORT PLACE<br>SUITE 800<br>NEWPORT BEACH, CA  92660<br>Telephone No: 949-706-6464   FAX No: 949-706-6469 | | |
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court: | | |
| United States District Court, Central District Of California | | |
| Plaintiff: THERMOLIFE INTERNATIONAL, LLC | | |
| Defendant: MUSCLE WARFARE, INC. | | |

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV13-6884BRO(AGRx) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT; CIVIL COVER SHEET; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE OF RELATED CASES; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1); ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05 (RELATED CASES); CORPORATE DISCLOSURE STATEMENT BY PLAINTIFF THERMOLIFE INTERNATIONAL, LLC PURSUANT TO FED.R.CIV.P.7.1.; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM.

3. a. Party served:          MUSCLE WARFARE, INC.
   b. Person served:         LESLIE BALLARD, CAPITOL CORPORATE SERVICES, REGISTERED AGENT. SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:   155 Office Plaza Drive
   Suite A
   TALLAHASSEE, FL  32301

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Sep. 30, 2013 (2) at: 1:05PM

7. **Person Who Served Papers:**    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. MIKE  NOLAN
   d. **The Fee** for Service was:   $226.00
   e. I am: Not a Registered California Process Server



301 Civic Center Drive West
Santa Ana, CA 92701
Telephone    (714) 541-1110
Fax              (714) 541-8182
www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
Date: Fri, Oct. 04, 2013

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS

(MIKE  NOLAN)

9645380;gg.tylwoo.562354