JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERMOLIFE INTERNATIONAL LLC,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>MUSCLE WARFARE, INC.,<br><br>　　　　　Defendant(s). | CASE NO. CV 13-06884 RGK (PLAx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

On October 17, 2014, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution [40]. A response by plaintiff was due not later than October 31, 2014. No response has been filed to date and therefore, the matter is hereby dismissed.

**IT IS SO ORDERED.**

DATED: November 6, 2014

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE